# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT A. PAYNE, GLORIA PAYNE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV418-265 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

# ORDER

Defendant's motion to stay the case (doc. 9 (citing the lapse in appropriations)), which plaintiffs do not oppose (doc. 10), is **GRANTED**. Within fourteen days of the restoration of funding by Congress, the parties shall file a joint motion requesting the stay be lifted and proposing a modified, joint scheduling order.

**SO ORDERED,** this  11th  day of January, 2019.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA